**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GENERAL AMERICAN LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>DONALD GOINS, JUDITH JOHNSON, ESTATE OF CLIFFORD EDDS, WAYNE CREASY, ADVANCED MARKETING, INC., U.S. UNDERWRITERS, INC., and UNDERWRITING SERVICES OF THE SOUTH, INC.<br><br>Defendants. | ) | MISC 06 -023ML<br>Case No. 04CV-038 TCK (SAJ) |

**DEFENDANT JUDITH JOHNSON'S**
**<u>MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER</u>**

COMES NOW Defendant Judith Johnson and moves the Court to quash the subpoena and enter a protective order pursuant to Rules 26 and 45 of the Federal Rules Of Civil Procedure.

**I.**

**INTRODUCTION**

Pursuant to the subpoena (attached as exhibit 1) the financial institution identified therein is required to produce sensitive financial documents to Plaintiff's Counsel on March 24, 2006, in Tulsa, Oklahoma. The information sought contains highly private and confidential financial records and information of the Defendant. Further, the request is overbroad and causes undue annoyance and harassment and is therefore beyond the scope of permissible discovery.

## II.

## ARGUMENT AND AUTHORITY

### A. Movants Affected By The Subpoenas Are Entitled To Move To Quash

When a subpoena requires disclosure of objectionable information, the court may protect a person affected by the subpoena from unnecessary or unduly harmful disclosures of confidential information by quashing or modifying it. Rule 45(c)(3)(B)(i). Also, the financial information requested in the subpoena, attached as Exhibit 1, arguably is the type of protected matter envisioned by Rule 45(c)(3)(A)(iii). It is clearly private and confidential in nature and may reveal proprietary commercial information. In addition the request for information is overbroad and lacks relevance.

#### 1. The Subpoena Requests Information That Is Protected Matter

The Subpoena requests information that is protected matter of a nature that is clearly private and confidential and may reveal proprietary commercial information with regard to financial accounts of the Defendant.

#### 2. The Request For Documents Is Overbroad

Plaintiff's subpoena requests all account statements from Defendant Johnson and her non-party husband for accounts specified in the subpoena, as well as, "any other account owned or controlled" by them. (see exhibit A to attached exhibit 1) Plaintiff's blanket request for access to any financial accounts of Defendant Johnson is clearly overbroad.

#### 3. Documents Sought Are Outside The Scope Of Permissible Discovery

Due to the overbroad scope of the request and the clearly confidential and protected nature of the information, many of the documents requested are irrelevant and outside the scope of permissible discovery.

**B. Motion For Protective Order**

A party may, based on FRCP26(C), move the Court for an order which justice requires to protect a party from harassment and annoyance caused by improper discovery. The Court may deny the discovery, or decide that it may only be taken on specified terms and conditions. FRCP26(C)(1). Plaintiff's subpoena should be denied for the reasons set forth herein. In the alternative the Court should enter an appropriate order protecting Defendant from Plaintiff's overbroad attempts to subpoena irrelevant private and confidential financial records and documents.

WHEREFORE, Defendant requests an order quashing the subpoena or in the alternative enter a Protective Order requiring the documents be produced only to the court under seal for an in-camera review.

**LATHAM, STALL, WAGNER, STEELE & LEHMAN, P.C.**

By: Robert M. Gallant

Bob Latham, OBA# 15799
Russell Jacobson, OBA# 14755
Robert Gallant, OBA# 15623
Brian J. Goree, OBA # 13104
Spirit Tower - Suite 500
1800 South Baltimore Ave.
Tulsa, OK 74119
Telephone (918) 382-7523
Fax (918) 382-7541

**CERTIFICATE OF MAILING**

I certify that on the 17th day of March, 2006, I mailed a true and correct copy of the above and foregoing instrument by first class mail, proper postage attached thereto, via the U.S. Postal Service, to:

David Keglovits
GABLE & GOTWALS, P.C.
1100 ONEOK PLAZA
100 WEST FIFTH STREET
TULSA, OKLAHOMA 74103

R. Ben Houston
Stephen L. Olson
PIERCE, COUCH, HENDRICKSON, BAYSINGER & GREEN
1109 North Francis
P.O. Box 26350
Oklahoma City, Oklahoma 73126

Robert M. Gilbert