IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MISC 06 -023mc

| | |
|---|---|
| GENERAL AMERICAN LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>DONALD GOINS, JUDITH JOHNSON, ESTATE OF CLIFFORD EDDS, WAYNE CREASY, ADVANCED MARKETING, INC., U.S. UNDERWRITERS, INC., and UNDERWRITING SERVICES OF THE SOUTH, INC.<br><br>Defendants. | Case No. 04CV-038 TCK (SAJ) |

**DEFENDANT JUDITH JOHNSON'S**
**MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

COMES NOW Defendant Judith Johnson and moves the Court to quash the subpoena and enter a protective order pursuant to Rules 26 and 45 of the Federal Rules Of Civil Procedure.

**I.**

**INTRODUCTION**

Pursuant to the subpoena (attached as exhibit 1) the financial institution identified therein is required to produce sensitive financial documents to Plaintiff's Counsel on March 24, 2006, in Tulsa, Oklahoma. The information sought contains highly private and confidential financial records and information of the Defendant. Further, the request is overbroad and causes undue annoyance and harassment and is therefore beyond the scope of permissible discovery.

Referred to Chief Magistrate Judge Martin for findings & recommendations or determination
Mary M. Lisi, U.S. District Judge
Date: 3/21/06

Ruled moot per letter from Defendant's counsel of 4/5/06.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 6, 2006

RECEIVED
MAR 2 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND